

# Alabama Secretary of State

| Number | Debtor | Secured Party | Filing Type |
|---|---|---|---|
| 1993-09403 | MARK POWERS & CO INC | HOME BANK | Business |
| 02-0527989 | MARK POWERS & COMPANY INC | BANCORPSOUTH BANK | Business |
| 13-7108352 | MARK POWERS & COMPANY INC | BANCORPSOUTH BANK | Business |
| 12-7247823 | MARK POWERS & COMPANY, INC. | FC BUSINESS CAPITAL | Business |
| 18-7039911 | MARK POWERS & COMPANY, INC. | CHTD COMPANY | Business |
| 17-0568227 | MARK POWERS & COMPANY,INC. | SOUTHEASTERN COMMERCIAL FINANCE,LLC | Business |
| 19-7390255 | POWERS , MARK | PEOPLESSOUTH BANK | Business |
| 20-7672517 | POWERS , MARK | SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK | Business |
| 19-0111844 | POWERS , MARK ALLEN | REGIONS BANK | Business |
| 20-7293936 | POWERS , MARK ALLEN | DEERE & COMPANY | Business |
| 20-7778767 | POWERS , MARK ALLEN | DEERE & COMPANY | Business |
| 1 | | | |

[New Search]

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
GINGER SIMMONS 256-582-3252

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

BANCORPSOUTH LOAN OPERATIONS
PO BOX 4360
TUPELO MS 38803-4360

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MARK POWERS & COMPANY INC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO BOX 72 | GUNTERSVILLE | AL | 35976-0072 | |
| 1d. TAX ID #: SSN OR EIN — 63-1069101 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION — Corp. | 1f. JURISDICTION OF ORGANIZATION — ALABAMA | 1g. ORGANIZATIONAL ID #, if any — [X] NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY — USA |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any — [ ] NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BANCORPSOUTH BANK | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO BOX 580 | GUNTERSVILLE | AL | 35976-0000 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
BLANKET LIEN ON ACCOUNTS RECEIVABLE AND PLEDGE OF PROCEEDS THEREFROM

BLANKET LIEN ON INVENTORY NOW OWNED OR HEREAFTER ACQUIRED

This financing statement covers the above collateral, whether now owned or hereafter acquired, together with all supporting obligations, proceeds, products, software, accessories and accessions, including, but not limited to the items listed.

THE INCLUSION OF PROCEEDS DOES NOT AUTHORIZE DEBTOR TO SELL OR TRADE THE ABOVE DESCRIBED PROPERTY.

THIS FINANCING STATEMENT COVERS AND THIS COLLATERAL SECURES ALL FUTURE ADVANCES

**5. ALTERNATIVE DESIGNATION [if applicable]:** [ ] LESSEE/LESSOR  [ ] CONSIGNEE/CONSIGNOR  [ ] BAILEE/BAILOR  [ ] SELLER/BUYER  [ ] AG. LIEN  [ ] NON-UCC FILING

**6.** [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
350000162706

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
QFS v 7.6.2 06-03-02

Bankers Systems, Inc., St. Cloud, MN Form UCC-1-LAZ 9/13/2000

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
JESSICA WIGGINTON    662-620-3640

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BANCORPSOUTH BANK
P.O. BOX 4360
TUPELO, MS 38803

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
**02-0527989  6/20/2002**

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME: **MARK POWERS & COMPANY INC**

7. CHANGED (NEW) OR ADDED INFORMATION:
(blank)

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9a. ORGANIZATION'S NAME: **BANCORPSOUTH BANK**

10. OPTIONAL FILER REFERENCE DATA
**350000227316  AL SOS**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sarah Stewart    662-620-3753

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BancorpSouth Bank
P.O. Box 4360
Tupelo, MS 38803
USA

Alabama Sec. Of State
B 02-0527989 CS
Date 03/23/2012
Time 12:22 PM
120323 1 Pg
File $15.00
Access $9.75
Conv $3.50
Total $28.25
7037318

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: 02-0527989

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address   ☐ DELETE name   ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
BancorpSouth Bank
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
00350000227316

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sarah Stewart    662-620-3753

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BancorpSouth Bank
P.O. Box 4360
Tupelo, MS 38803
USA

Alabama Sec. Of State
B 02-0527989 CS
Date 01/09/2017
Time 02:42 PM
170109    1 Pg
File    $15.00
Access  $9.75
Conv    $4.50
Total   $29.25
7529472

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: 02-0527989

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address
☐ DELETE name
☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME:
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME: BANCORPSOUTH BANK
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
00350000866208

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company [69647427]    800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company [69647427]
801 Adlai Stevenson Dr
Springfield, IL 62703
USA

Alabama Sec. Of State
B 12-7247823 FS
Date 09/11/2012
Time 12:26 PM 1 Pg
120911
File $15.00
Access $9.75
Conv $3.50
Total $28.25
7060432

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Mark Powers & Company, Inc. | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1821 Henry Street | Guntersville | AL | 35976 | USA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | Corporation | AL | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FC BUSINESS CAPITAL | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 201 ST. CHARLES AVENUE, SUITE 2409 | NEW ORLEANS | LA | 70170 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All of Debtor's existing and later acquired assets.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable]
**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
[69647427]

FILING OFFICE COPY ☐ NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Corporation Service Company [134518399]   800-858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company [134518399]
801 Adlai Stevenson Dr
Springfield, IL 62703
USA

Alabama Sec. Of State
B 12-7247823 CS
Date 08/02/2017
Time 05:06 PM
170802  1 Pg
File $15.00
Access $9.75
Conv $4.50
Total $29.25
7625716

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: 12-7247823

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address
☐ DELETE name
☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX:

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME:
7b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX:
7c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY:
7d. ADD'L INFO RE ORGANIZATION DEBTOR / 7e. TYPE OF ORGANIZATION / 7f. JURISDICTION OF ORGANIZATION / 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.
☐ ATTACHMENT

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME: FC BUSINESS CAPITAL
9b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX:

10. OPTIONAL FILER REFERENCE DATA
Debtor: Mark Powers & Company, Inc.   134518399

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
AMANDA STOVER    662-620-3640

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BANCORPSOUTH BANK
PO BOX 4360
TUPELO, MS 38803-4360
USA

Alabama Sec. Of State
B 13-7108352 FS
Date 04/16/2013
Time 01:35 PM
130416    1 Pg
File        $15.00
Access      $9.75
Conv        $3.50
Total       $28.25
7088255

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME: MARK POWERS & COMPANY INC

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: PO BOX 72 | CITY: GUNTERSVILLE | STATE: AL | POSTAL CODE: 35976 | COUNTRY: USA

1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: AL | 1g. ORGANIZATIONAL ID #, if any: NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: BANCORPSOUTH BANK

3c. MAILING ADDRESS: PO BOX 580 | CITY: GUNTERSVILLE | STATE: AL | POSTAL CODE: 35976 | COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ACCOUNTS RECIEVABLE

ALL INVENTORY

BLANKET LIEN ON ALL EQUIPMENT NOW OWNED AND HEREAFTER AQUIRED

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA
350000227316

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Exhibit A
Case 22-40006-JJR   Doc 1-1   Filed 04/21/22   Entered 04/21/22 10:44:18   Desc
Exhibit A   Page 8 of 19

| The Debtor is a transmitting utility as defined in ALA CODE 7-9-105(n). | No. of Additional Sheets Presented: | This FINANCING STATEMENT is presented to a Filing Officer for filing pursuant to the Uniform Commercial Code. |
|---|---|---|
| Return copy or recorded original to:<br><br>THE HOME BANK<br>P. O. BOX 580<br>GUNTERSVILLE, AL 35976<br><br>Pre-paid Acct. # _____ | | THIS SPACE FOR USE OF FILING OFFICER<br>Date, Time, Number & Filing Office<br><br>Alabama Sec. Of State<br>B 93-09403 FS<br>Date 3/19/93<br>Time 11:26 AM<br>File $10.00<br>ExPg $1.00<br>ExNm $.00<br>Form $.00<br>$11.00 |

Name and Address of Debtor (Last Name First if a Person)

MARK POWERS & COMPANY, INC.

P.O. BOX 72
GUNTERSVILLE, AL 35976

Social Security/Tax ID# ▓▓▓▓▓▓▓▓

Name and Address of Debtor (IF ANY) (Last Name First if a Person)

Social Security/Tax ID # _____

Additional debtors on attached UCC-E

| SECURED PARTY (Last Name First if a Person)<br><br>THE HOME BANK<br>1243 GUNTER AVENUE<br>GUNTERSVILLE, AL 35976<br><br>Social Security/Tax ID # ▓▓▓▓▓▓▓▓<br>Additional secured parties on attached UCC-E | 4. ASSIGNEE OF SECURED PARTY (IF ANY) (Last Name First if a Person) |
|---|---|

The Financing Statement Covers the Following Types (or Items) of Property:

Complete collateral descriptions included on
additional forms filed herewith as extension
to this Financing Statement.

5A. Enter Code(s) From Back of Form That Best Describes The Collateral Covered By This Filing:
001    800

Check X if covered [X] Products of Collateral are also covered.

This statement is filed without the debtor's signature to perfect a security interest in collateral (check X, if so)
- already subject to a security interest in another jurisdiction when it was brought into this state.
- already subject to a security interest in another jurisdiction when debtor's location changed to this state.
- which is proceeds of the original collateral described above in which a security interest is perfected.
- acquired after a change of name, identity or corporate structure of debtor
- as to which the filing has lapsed.

7. Complete only when filing with the Judge of Probate:
The initial indebtedness secured by this financing statement is $ _____
Mortgage tax due (15¢ per $100.00 or fraction thereof) $ _____

8. ☐ This financing statement covers timber to be cut, crops, or fixtures and is to be cross indexed in the real estate mortgage records (Describe real estate and if debtor does not have an interest of record, give name of record owner in Box 5)

Signature(s) of Debtor(s)
_/s/_ _____
Signature(s) of Debtor(s)
MARK POWERS & COMPANY, INC.
Type Name of Individual or Business

Signature(s) of Secured Party(ies)
(Required only if filed without debtor's Signature — see Box 6)

Signature(s) of Secured Party(ies) or Assignee
_/s/_ _____
Signature(s) of Secured Party(ies) or Assignee
THE HOME BANK
Type Name of Individual or Business

FILING OFFICER COPY — ALPHABETICAL  (3) FILING OFFICER COPY — ACKNOWLEDGEMENT
FILING OFFICER COPY — NUMERICAL      (4) FILE COPY — SECOND PARTY(S)    (5) FILE COPY DEBTOR(S)

STANDARD FORM — UNIFORM COMMERCIAL CODE — FORM UCC-1
Approved by The Secretary of State of Alabama

ATTACHED TO AND MADE A PART OF THAT CERTAIN FINANCING STATEMENT
EXECUTED BY MARK POWERS & COMPANY, INC. TO THE HOME BANK

Description Of Property

(1) ACCOUNTS RECEIVABLE - All Accounts Receivable now owned
or hereafter acquired and including every right to the
payment of monies whether from the proceeds of any sale,
the providing of any service, the lease or disposition
of any property, the overpayment of any taxes or any other
liabilities, or arising in any way from any past, present
or future contract or agreement. (2) INVENTORIES - All
Inventories of items for sale or lease of every type and
description, including finished goods, raw materials, and
work in process. All to include that now owned or hereafter
acquired, regardless of where located and including the
full proceeds from any sale or other disposition and including
the right of stoppage in transit.

                 Signed For Identification
                     MARK POWERS & COMPANY, INC.

Alabama
Sec. Of State

B 93-09403 FS
Date  3/19/93
Time 11:26 AM

File    $10.00
ExPg     $1.00
ExNm      $.00
Form      $.00

        $11.00

# UCC3 FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CAMILLE HUGHES 662-620-3684

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BANCORPSOUTH
P.O. BOX 4360
TUPELO, MS. 38803

Alabama
Sec. Of State
B 1993-09403 CS
Date 3/17/2003
Time 13:34
1 Pg
File $20.00
ExPg $.00
Ackn $.00
Form
Total $20.00
05/005

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
1993-09403   03/93

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [✓] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address    [ ] DELETE name    [ ] ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
MARK POWERS & COMPANY, INC.

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS: P.O. BOX 72 | CITY: GUNTERSVILLE | STATE: AL | POSTAL CODE: 35976 | 7D. COUNTY #

ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION: CORPORATION | 7f. JURISDICTION OF ORGANIZATION: ALABAMA | 7g. ORGANIZATIONAL ID #, if any [✓] NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
BANCORPSOUTH P.O. BOX 4360 TUPELO, MS. 38803 FORMERLY KNOWN AS HOME BANK GUNTERSVILLE ALA.

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
LOAN # 35011183737

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 10/01)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
JESSICA WIGGINTON    662-620-3640

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

BANCORPSOUTH BANK
P.O. BOX 4360
TUPELO, MS 38803

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
1993-09403   3/19/1993

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in Items 6 and/or 7.

☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME**
MARK POWERS & CO INC

**7. CHANGED (NEW) OR ADDED INFORMATION:**
(blank)

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
**9a. ORGANIZATION'S NAME**
BANCORPSOUTH BANK formerly known as Home Bank

**10. OPTIONAL FILER REFERENCE DATA**
350000227316  AL SOS

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sarah Stewart          662-620-3753

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BancorpSouth Bank
P.O. Box 4360
Tupelo, MS 38803
USA

Alabama Sec. Of State
B 1993-09403 CS
Date 10/04/2012
Time 08:35 AM
121004    1 Pg
File      $15.00
Access    $9.75
Conv      $3.50
Total     $28.25
7063621

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: 1993-09403

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [x] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
[ ] CHANGE name and/or address
[ ] DELETE name
[ ] ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME:
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME: BancorpSouth Bank
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
350000227316

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
debra thompson   662-620-3615

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

bancorpsouth bank
po box 4360
tupelo, MS 38803
USA

```
Alabama Sec. Of State
B 02-0527989  TS
Date 12/05/2017
Time 03:14 PM  1 Pg
171205
File       $0.00
Access     $9.75
Conv       $4.50
Total     $14.25
7677318
```

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
02-0527989

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☒ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (  ):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |
| --- |
|  |

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
|  |  |  |  |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
| --- |
|  |

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
|  |  |  |  |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- |
|  |  |  | ☐ NONE |

☐ ATTACHMENT

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
| --- |
| bancorpsouth bank |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
|  |  |  |  |

**10. OPTIONAL FILER REFERENCE DATA**
350000866208

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Lori Webb    662-620-3623

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BancorpSouth Bank
P.O. Box 4360
Tupelo, MS 38803
USA

Alabama Sec. Of State
B: 13-7108352 CS
Date 11/13/2017
Time 09:30 AM    1 Pg
171113
File $15.00
Access $9.75
Conv $4.50
Total $29.25
7668534

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-7108352

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [x] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

9a. ORGANIZATION'S NAME
Bancorp South Bank

10. OPTIONAL FILER REFERENCE DATA
00350000866208

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Sherrell Mayfield    662-620-3637

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

bancorpsouth bank
po box 4360
Tupelo, MS 38803
USA

```
Alabama Sec. Of State
B 13-7108352 TS
Date 02/13/2018        $0.00
Time 11:32 AM  1 Pg
180213
File           $9.75
Access         $4.50
Conv
Total         $14.25
7704678
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-7108352

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [x] **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] **ASSIGNMENT** (   ): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION)**: This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address  [ ] DELETE name  [ ] ADD name

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE |

8. **AMENDMENT (COLLATERAL CHANGE)**: check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BANCORPSOUTH BANK | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
350000934572

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

RECEIVED DATE

Sm
NOV -3 2017

SECRETARY OF STATE
OF ALABAMA

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

☑ STRATEGIC RESEARCH, LLC
560 Colonial Rd., Suite 203
Memphis, TN 38117

HOLD FOR SEARCHTEC

Alabama Sec. Of State
B 17-0568227 FS
Date 11/03/2017
Time 12:44
1 Pg
File $20.00
ExPg $.00
Ackn $.00
Form
Total $20.00
01/034

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Mark Powers & Company, Inc.**

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1821 Henry Street | Guntersville | AL | 35976 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Southeastern Commercial Finance, LLC**

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 11063 | Birmingham | AL | 35202-1063 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All of the Debtor's assets, wherever located and whether presently owned or acquired hereafter; to specifically include, without limitation, debtor's accounts, accounts receivable, inventory, furniture & fixtures, machinery & equipment, patents & trademarks, chattel paper and general intangibles. This financing statement covers the products and proceeds of the collateral, including insurance proceeds.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company [141897050]   800-858-5294

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)
Corporation Service Company [141897050]
801 Adlai Stevenson Dr
Springfield, IL 62703
USA

Alabama Sec. Of State
B 18-7039911 FS
Date 01/27/2018
Time 07:27 AM
180127  1 Pg
File $15.00
Access $9.75
Conv $4.50
Total $29.25
7698048

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | Mark Powers & Company, Inc. |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1821 Henry Street | Guntersville | AL | 35976 | USA |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|
| | AL | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | CHTD COMPANY |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 2576 | Springfield | IL | 62708 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Any and all assets of the debtor whether now owned or hereafter acquired or arising. THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES and INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR  CONSIGNEE/CONSIGNOR  BAILEE/BAILOR  SELLER/BUYER  AG. LIEN  NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  All Debtors  Debtor 1  Debtor 2

8. OPTIONAL FILER REFERENCE DATA
141897050

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Exhibit A

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
debra thompson    662-620-3615

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

bancorpsouth bank
po box 4360
tupelo, MS 38803
USA

Alabama Sec. Of State
B 1993-09403 TS
Date 12/05/2017
Time 03:17 PM  1 Pg
171205
File $0.00
Access $9.75
Conv $4.50
Total $14.25
7677324

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
1993-09403

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [x] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (    ): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address  [ ] DELETE name  [ ] ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
bancorpsouth bank
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
350000866208

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Exhibit A