# Notice Recipients

District/Off: 1126−1  User: admin  Date Created: 4/21/2022
Case: 22−40006−JJR  Form ID: van212  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   William Dennis Schilling   schillinglawoffice@gmail.com

TOTAL: 1