United States Bankruptcy Court
Northern District of Alabama

Leo, as Trustee,
    Plaintiff

Adv. Proc. No. 22-40006-JJR

FC Buisness Capital,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1126-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: van257 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | CHTD Company, attn: President, P O Box 2576, Springfield, IL 62708-2576 |
| dft | + | FC Buisness Capital, attn: President, 201 St. Charles Avenue, Suite 2409, New Orleans, LA 70170-2409 |
| pla | + | Rocco J Leo, as Trustee, 700 Century Park South, Suite 222, Birmingham, AL 35226-3928 |
| dft | | SOUTHEASTERN COMMERCIAL FINANCE, LLC, attn: Pat Trammel, Member, P O Box 11063, Birmingham, AL 35202-1063 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: bankruptcy@ondeck.com | Apr 21 2022 23:38:00 | On Deck Capital, Inc., attn: President, 1400 Broadway FL 25, New York, NY 10018-5225 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert J Landry | robert_landry@alnba.uscourts.gov  courtmailann@alnba.uscourts.gov |
| Rocco J Leo | rleo@leoandoneal.com  rleo@ecf.axosfs.com |

William Dennis Schilling
    on behalf of Plaintiff Rocco J Leo  as Trustee schillinglawoffice@gmail.com, pamhurst.schillinglawoffice@gmail.com

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

In re:                                                             **Case No.** 21−40264−JJR7
Mark Powers & Company, Inc.                               **Chapter** 7
       **Debtor(s)**

                                                                         **AP No.** 22−40006−JJR

Rocco J Leo, as Trustee
       **Plaintiff(s)**
vs.
FC Buisness Capital
et al.
       **Defendant(s)**

## SCHEDULING CONFERENCE ORDER

Pursuant to Fed. R. Bankr. P. 7026(f), the parties are required to confer (in person or by telephone) to consider the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Bankr. P. 7026(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals concerning those matters described in Fed. R. Bankr. P. 7026(f)(1)−(4). After their conference, the parties are required to submit to the Court a written report outlining their discovery plan.

A scheduling conference with the Court's participation pursuant to Fed. R. Bankr. P. 7016(b) **WILL NOT** be held unless requested by a party or otherwise required by the Court. Following receipt of the parties' discovery plan, the Court will issue a Scheduling Order pursuant to Fed. R. Bankr. P. 7016(b). To assist the parties in their preparation of a discovery plan, a form that may be used to prepare the Report of Parties' Planning Meeting ("Parties' Report") can be found on the Court's website (www.alnb.uscourts.gov), under "Forms." The parties should fill in the information needed to complete the Parties' Report; this information will be considered by the Court in drafting the Scheduling Order.

Although all parties and their counsel are equally responsible for making sure their required conference is timely held pursuant to Fed. R. Bankr. P. 7026(f) and completing the Parties' Report, the plaintiff is responsible for initiating the conference, recording the information needed to complete the Parties' Report, and submitting it to Court as provided below. To assure timely compliance with Fed. R. Bankr. P. 7016(b), the parties' conference must be held no later than **60 days** after the first defendant is served with the complaint.

No later than **14 days** after the conference, the Parties' Report and all other information submitted by the parties as their written report pursuant to Fed. R. Bankr. P. 7026(f), must be filed electronically in the Adversary Proceeding with the Clerk of the Court via CM/ECF, and a copy sent electronically in Word or WordPerfect format to the Court's e−orders box (ordersjjr@alnb.uscourts.gov). If additional parties are joined or served after the parties' conference, the Court will favorably consider a timely motion by any party for an additional conference and leave to reasonably amend the Parties' Report.

If a party is having trouble getting the opposing party to cooperate holding a planning conference, such party may file a unilateral Parties' Report signed only by one party, as long as the Parties' Report is accompanied by a letter stating why it only contains one signature. **Failure to hold the conference and submit a completed Parties' Report by the above deadlines will result in automatic dismissal of this adversary proceeding.** Thus, if additional time is needed to complete the Parties' Report, a motion to extend time should be filed in CM/ECF.

Dated:    April 21, 2022

                                                                   /s/ James J. Robinson
                                                                   United States Bankruptcy Judge

sog