# WILLIAM DENNIS SCHILLING
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
schillinglawoffice@gmail.com

May 19, 2022

United States Bankruptcy Court
Federal Building and U.S. Courthouse
1129 Noble Street
Anniston, Alabama 36201

      Re: Mark Powers & Company, Inc.
         Rocco J. Leo, Trustee
         vs. Continental Republic Capital, LLC,
         CHTD Company, On Deck Capital, Inc.
         AP22-40006

Dear Clerk:

  I am the attorney for Rocco J. Leo, trustee in the above matter. Please issue an Alias Summons for the three defendants in the above adversary proceeding.

  If you have any additional questions or comments please do not hesitate to give me a call.

            Very truly yours,

            William Dennis Schilling

WDS/pkh