# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Rocco J Leo, as Trustee   PLAINTIFF, | } } | **Case No: 21-40264-JJR7** |
| VS. | } | **AP No: 22-40006-JJR** |
| FC Buisness Capital | } | |
| CHTD Company | } | |
| On Deck Capital, Inc.   DEFENDANTS, | | |

## COURTROOM DEPUTY NOTES

| | |
|---|---|
| **Matter(s):** | (Telephonic) RE: Doc #15; Status Conference |
| **Date and Time:** | Thursday, May 19, 2022 09:45 AM |
| **Appearances:** | William Dennis Schilling, attorney for Rocco J Leo, as Trustee (Plaintiff) |
| **Courtroom Deputy:** | Tenina Milner |
| **Presiding Judge:** | JAMES J. ROBINSON |
| **Court Notes:** | The Status Conference was held on May 19th, 2022. Pursuant to statements made in open court William Dennis Schilling will contact the clerk's office to obtain an alias summons and re-serve it. (Mr. Schilling did file a request for Alias Summons after the hearing at Doc #16). |

Date Prepared:05/19/2022